NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AFTG-TG, LLC AND PHILLIP M. ADAMS & ASSOCIATES, LLC,**
*Plaintiffs-Appellants,*

v.

**GIGABYTE TECHNOLOGY CO., LTD., GIGABYTE GLOBAL BUSINESS CORPORATION, AND MITAC INTERNATIONAL CORP.,**
*Defendants-Appellees,*

**and**

**AOPEN, INC., AOPEN AMERICA, INC., WISTRON CORPORATION, WISTRON INFOCOMM (TEXAS) CORP., AND WISTRON INFOCOMM (AMERICA) TECHNOLOGY CORP.,**
*Defendants-Appellees,*

**and**

**ITOX, LLC, DFI TECHOLOGIES, LLC, SHUTTLE, INC., AND SHUTTLE INTERNATIONAL, INC.,**
*Defendants-Appellees,*

**and**

**SUPER MICRO COMPUTER, INC.,**
*Defendant-Appellee,*

**and**

**RADISYS CORPORATION,**
*Defendant-Appellee,*

**and**

**ASROCK INCORPORATION** AND
**ASROCK AMERICA, INC.,**
*Defendants-Appellees,*

**and**

**DFI, INC., DFI SAN JOSE, INC., DFI-ACP, FIC USA, FIRST INTERNATIONAL COMPUTER INC., FOXCONN TECHNOLOGY CO., LTD., HON HAI PRECISION INDUSTRIAL CO., LTD., JETWAY COMPUTER CORP., JETWAY INFORMATION CO., LTD.,** AND **UNIVERSAL SCIENTIFIC INDUSTRIAL,**
*Defendants*

---

2011-1290

---

Appeal from the United States District Court for the District of Wyoming in case no. 10-CV-0228, Judge Nancy D. Freudenthal.

---

## ON MOTION

---

## ORDER

Upon consideration of the appellants' motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

(3) All pending motions are denied as moot.

FOR THE COURT

**MAY 17 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Ezekiel R. Dumke, IV, Esq.
     Matthew J. Micheli, Esq.
     Lael D. Andara, Esq.
     Jay F. Utley, Esq.
     Harold H. Davis, Jr., Esq.
     Ronald S. Lemiuex, Esq.
     Mary A. Throne, Esq.
     Jane A. Michaels, Esq.

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 17 2011**

**JAN HORBALY**
**CLERK**

s20

ISSUED AS A MANDATE:  **MAY 17 2011**